```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Viking Auto Supply, Inc., et al,<br><br>    Defendants. | Case No. **2:11-cv-02883-WBS-CMK**<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than March 20, 2012. The Scheduling Conference is continued to **April 2, 2012 at 2:00 p.m.** A Joint Status Report shall be filed no later than **March 26, 2012** if the dispositional documents have not been received by the Court.

Date:   March 1, 2012

*/s/ William B. Shubb/*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE

DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-02883-WBS-CMK- 1